Exhibit A to the Complaint

**Location:** Trumbull, CT  
**Total Works Infringed:** 33

**IP Address:** 32.218.41.128  
**ISP:** Frontier Communications

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 57896E3706A72FB30E7ED7B9361EE6388BDAE82B | 11/17/2025 02:57:05 | Vixen | 03/05/2017 | 05/25/2017 | PA0002049788 |
| 2 | 3bd2b0ff3ec4f40c08649fdc131b38e5f83428d4 | 11/17/2025 02:55:51 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 3 | F6A891917F4B39D84EF903C0255500568F68A585 | 11/14/2025 22:40:14 | Vixen | 10/19/2025 | 11/10/2025 | PA0002553388 |
| 4 | 284C2AF40F8FC8C17644D3517CF5AB4A239FE012 | 11/10/2025 10:35:45 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 5 | FB6DBC133B88CAB909D2CD961826DA53D1C97B46 | 11/10/2025 10:35:15 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 6 | 73D9C4C067D2FE0268A6E9AA91955189992034EE | 11/10/2025 08:52:55 | Vixen | 10/30/2020 | 11/18/2020 | PA0002272620 |
| 7 | F3421E10C88338A50ABD9FF1A67B099082630410 | 11/10/2025 08:51:46 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 8 | 00783959987fb8db89ef83a65108801ce87e72de | 11/10/2025 08:51:31 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 9 | 773375756E29F48AD83D332B2587CF1C7DA1BA71 | 11/10/2025 04:53:55 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 10 | BD819AF1EB9A8CC411533D00B35D2D6A61AC954F | 11/10/2025 04:52:20 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 11 | 4577E56ABE4B7F3BA8A72106C4F58220F426B639 | 11/09/2025 03:11:54 | Vixen | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 12 | DB1C9C8070D9E184129E405D50362468C5EFBEBA | 11/09/2025 03:08:42 | Vixen | 10/14/2025 | 11/10/2025 | PA0002553375 |
| 13 | 01BE72928ADE6A16D01B9E3FC58F2B30725A7016 | 11/07/2025 01:59:50 | Vixen | 10/09/2025 | 11/10/2025 | PA0002553346 |
| 14 | A011B9289145DA1C21100D1FA8913F13781A346B | 11/07/2025 01:55:32 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 15 | 365CC41778EA7F5F8F9662E30EFEDEA9D1762FE1 | 11/07/2025 01:47:27 | Vixen | 10/04/2025 | 11/10/2025 | PA0002553386 |
| 16 | 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD | 10/23/2025 23:34:47 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0 | 10/23/2025 23:17:02 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 18 | 9a9f458f87dfacd0175420a000a39dc9e696c7a1 | 10/02/2025 21:21:21 | Vixen | 09/29/2025 | 11/10/2025 | PA0002553378 |
| 19 | CD31A28A7D8ABF86FCEAD232FC41A449FEAD0B6C | 10/02/2025 21:20:54 | Tushy | 09/28/2025 | 11/10/2025 | PA0002553339 |
| 20 | 68DEB9F980E707B2FC44530B179B4BC5CB831138 | 09/29/2025 02:52:22 | Vixen | 06/13/2025 | 06/20/2025 | PA0002536521 |
| 21 | 4de810079628217bb594b48b26c0559371999766 | 09/16/2025 11:09:33 | Vixen | 09/14/2025 | 09/24/2025 | PA0002552389 |
| 22 | EC33B247A633DAB9BD0DD0551B9BA0851E197399 | 09/12/2025 23:06:54 | Vixen | 09/09/2025 | 09/16/2025 | PA0002551022 |
| 23 | 1873315CD7A47FFB11A5DB2196182119545F9ED9 | 09/04/2025 22:05:19 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 24 | 502D0413ACE3A646AA9D0E061929F7194CA46D75 | 08/29/2025 22:42:08 | Wifey | 08/09/2025 | 08/19/2025 | PA0002545671 |
| 25 | AC7ABECF53AB9E31328886C0473CA5DC28E142A0 | 08/26/2025 21:25:34 | Vixen | 08/25/2025 | 09/16/2025 | PA0002550971 |
| 26 | 04D4D118078A24B5DCF593D690C4E62D10036E4E | 08/23/2025 22:02:16 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 27 | 25AD9A43A7EBFAE24CDB634E7DE2190379F5C47A | 08/22/2025 01:35:34 | Vixen | 08/20/2025 | 09/16/2025 | PA0002550968 |
| 28 | C8BDD21ED2493A4483BC05CC2812696143F441E9 | 08/18/2025 07:42:07 | Vixen | 08/15/2025 | 08/19/2025 | PA0002545669 |
| 29 | 9B8D082E24AE0E006B5BC3E26B4D113DB1853EB2 | 08/09/2025 22:15:45 | Vixen | 08/05/2025 | 08/08/2025 | PA0002544277 |
| 30 | B4E26C43364D533DE9840ADC4E9B9A2172F1EEAA | 08/07/2025 02:19:30 | Vixen | 07/31/2025 | 08/08/2025 | PA0002544275 |
| 31 | f3692c10fd5654aff42217f606945b756bccbe90 | 08/03/2025 21:25:47 | Vixen | 06/27/2025 | 07/08/2025 | PA0002539153 |
| 32 | f7343dacbd25a193350cea65bf54df050c3bf512 | 07/29/2025 15:07:54 | Vixen | 07/26/2025 | 08/08/2025 | PA0002544245 |
| 33 | 500a4d338eaeee26eae0bfabf5f4fb341d0ae36c | 12/19/2024 19:39:20 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |